CAUSE NO# 0782792
WR-69,858-24

69,858-24

COURT OF CRIMINAL APPEALS OF TEXAS

RE: DISPOSITION

I NEED TO NO WHAT IS THE COURTS DISPOSITION ON THE WRIT OF MANDAMUS FILED ON 6/18/15

I THANK YOU FOR YOUR TIME ON THIS

RESPECTFULLY SUBMITTED,

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

7/13/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk